UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **CV 17-4348 FMO (KSx)** | Date | **October 3, 2017** |
| Title | **Angel Fernandez v. Su Casa De Cambio, Inc., et al.** | | |

Present: The Honorable **Fernando M. Olguin, United States District Judge**

| Vanessa Figueroa | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Dismissal Re: Lack of Prosecution

On September 6, 2017, the court issued an Order to Show Cause ("OSC") requiring plaintiff to show cause in writing why this action should not be dismissed for lack of prosecution. (See Dkt. 10, Court's Order of September 6, 2017). On September 14, 2017, plaintiff filed a proof of service. (See Dkt. 11, Proof of Service). On September 15, 2017, the court issued a second OSC directing that defendant Su Casa De Cambio, Inc. dba Su Case De Cambio 13 ("defendant") file an answer by September 22, 2017, or plaintiff to file an application for entry of default pursuant to Fed. R. Civ. P. 55(a). (See Dkt. 13, Court's Order of September 15, 2017).

As of the date of this Order, neither an answer nor an application for entry of default has been filed. (See, generally, Dkt.).

Accordingly, IT IS ORDERED THAT plaintiff shall file an application for entry of default no later than **October 11, 2017**. Plaintiff is cautioned that failure to file an application for entry of default shall result in the action being dismissed for lack of prosecution and for failure to comply with the orders of the court. See Fed. R. Civ. P. 41(b); Link v. Wabash Railroad Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386 (1962).

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | vdr |