JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL FERNANDEZ, | Case No. CV 17-4348 FMO (KSx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| SU CASA DE CAMBIO, INC., | |
| Defendant. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 20th day of October, 2017.

/s/
Fernando M. Olguin
United States District Judge